NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**F'REAL FOODS LLC, RICH PRODUCTS CORPORATION,**
*Plaintiffs-Cross-Appellants*

**v.**

**HAMILTON BEACH BRANDS, INC., HERSHEY CREAMERY COMPANY,**
*Defendants-Appellants*

---

2020-1996, 2020-2042

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:14-cv-01270-CFC, 1:16-cv-00041-CFC, Judge Colm F. Connolly.

---

**JUDGMENT**

---

RODGER D. SMITH, II, Morris, Nichols, Arsht & Tunnell LLP, Wilmington, DE, argued for plaintiffs-cross-appellants. Also represented by MICHAEL J. FLYNN.

WILLIAM STEPHEN FOSTER, JR., Faegre Drinker Biddle & Reath LLP, Washington, DC, argued for defendants-appellants. Also represented by BETHANY N. MIHALIK,

BRIANNA LYNN SILVERSTEIN; FRANCIS DIGIOVANNI, Wilmington, DE.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, PROST, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>July 21, 2021</u>
Date

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court